

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Allen Edward Johnson - #195207

CV 08 80238MISC

VRW

_____/

**ORDER TO SHOW CAUSE**

It appearing that Allen Edward Johnson has been suspended by the State Court following a criminal conviction effective August 25, 2008.

**IT IS ORDERED**

That respondent show cause in writing on or before December 29, 2008 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated: NOV 24 2008

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Allen Edward Johnson
Johnson & Payne
P.O. Box 162
Newport Beach, CA 92662